# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY BROWN,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION RENTAL SCREENING SOLUTIONS, INC.,<br><br>Defendant. | Case No. 4:24-cv-00010-BO-RN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION RENTAL SCREENING SOLUTIONS, INC.,** |

Upon review of the Parties' Stipulation for Dismissal with Prejudice of Defendant Trans Union Rental Screening Solutions, Inc. and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice, as to Trans Union Rental Screening Solutions, Inc.

**IT IS SO ORDERED.**

DATED:

8-7-24

_Terrence Boyle_

Terrence W. Boyle

United States District Judge